JS-6

LANDAU GOTTFRIED & BERGER LLP
Robert G. Wilson, SBN 58653
rwilson@lgbfirm.com
1801 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Attorneys for Appellant Point Center Financial, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. CV 13-6076-GW |
| THE PRESERVE, LLC, | Bankr. Case No. 2:10-bk-18429-BB |
| Debtor. | Adv. Case No. 2:13-ap-01658-BB |
| POINT CENTER FINANCIAL, INC., a California corporation, | |
| Appellant, | **ORDER APPROVING STIPULATION AND DISMISSING APPEAL** |
| v. | |
| DEEP CANYON HOLDINGS, a Delaware corporation; MGM PROPERTY HOLDINGS, a Nevada Corporation; BEAUMONT 1600, LLC, a Suspended California Limited Liability Company; SCOTT KRENTEL, an individual; BEACH, FREEMAN, LIM AND CLELAND, LLP, a California Corporation; and DOES 1 Through 25, inclusive, | |
| Appellees. | |

1
**[PROPOSED] ORDER APPROVING STIPULATION AND DISMISSING APPEAL**

The Court, having considered the Stipulation for Voluntary Dismissal of Appeal Pursuant To FRBP 8001(c)(2) (the "Stipulation") entered into by and between appellant Point Center Financial, Inc. ("Point Center"), on the one hand, and appellees Deep Canyon Holdings; Beaumont 1600, LLC; and Beach, Freeman, Lim and Cleland, LLP, on the other hand, by their attorneys of record, and good cause appearing therefore:

IT IS HEREBY ORDERED:

1. That the Stipulation is approved;
2. That the appeal bearing USDC Case No. 2:13-CV-06076-GW, is hereby dismissed with prejudice; and
3. That Point Center, Deep Canyon Holdings, Beaumont 1600, LLC, and Beach, Freeman, Lim and Cleland, LLP, and the Debtor shall each bear their own costs and/or attorneys' fees incurred in connection with the aforementioned appeal.

Dated: February 3, 2014

_____
GEORGE H. WU, U.S. District Judge